## STEINHARDT et al. v. UNITED STATES.

(Circuit Court, S. D. New York. December 22, 1898.)

### No. 1,945.

CUSTOMS DUTIES—CLASSIFICATION—BLACK-HEADED PINS.
   Black-headed pins were dutiable under paragraph 206 of the act of 1890, as "pins, metallic," and not under paragraph 108, as manufactures of glass, or of which glass is the component material of chief value.[1]

This was an application by A. Steinhardt & Bros. for a review of a decision of the board of general appraisers in respect to the classification for duty of certain imported black-headed pins.

Albert Comstock, for importers.
J. T. Van Rensselaer, Asst. U. S. Atty.

TOWNSEND, District Judge (orally). The merchandise in question comprises certain black-headed pins, which were classified for duty under paragraph 108 of the act of 1890, as "manufactures of glass, or of which glass shall be the component material of chief value," and claimed in the protest of the importers to be dutiable under paragraph 206, as "pins, metallic," at 30 per cent. ad valorem. An examination of the samples and the record herein shows that the merchandise in question clearly falls within the principle of the case already considered, namely, Worthington v. U. S. (No. 1,792) 90 Fed. 797, and the decision of the board of appraisers is therefore reversed.

---

[1] As to interpretation of commercial and trade terms, see note to Dennison Mfg. Co. v. U. S., 18 C. C. A. 545.